UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TYRONE MASSEY,                                              :
                                                            :
            Plaintiff,            :     **ORDER**
                                                            :
   -against-                                             :     19- CV-11902 (GBD) (KNF)
                                                            :
CAPTAIN SAPP, C.O. OFFICER JOHN DOE,
CORRECTION OFFICER JOHN DOE                                 :
                                                            :
            Defendants.           :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In a letter dated July 24, 2020, the plaintiff requested assistance from the court in getting defendant Captain Sapp ("Sapp") and her counsel to comply with the court's <u>Valentin</u> order, which the defendant contends required that information regarding the identities of the "John Doe" defendants be disclosed to him by June 30, 2020.  The request is denied.  On June 30, 2020, the assigned district judge extended by 60 days the time for the response to his <u>Valentin</u> order to be made; therefore, the plaintiff is mistaken when he contends the response time elapsed on June 30, 2020 .

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York
         August 10, 2020                                         SO ORDERED:

                                                                           *Kevin Nathaniel Fox*
                                                                            KEVIN NATHANIEL FOX
                                                                            UNITED STATES MAGISTRATE JUDGE