UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TYRONE MASSEY,                                          :
                                                        :
          Plaintiff,                                 :        **ORDER**
                                                        :
    -against-                                          :        19- CV-11902 (GBD) (KNF)
                                                        :
CAPTAIN SAPP, C.O. OFFICER JOHN DOE,
CORRECTION OFFICER JOHN DOE                             :
                                                        :
          Defendants.                                :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Defendant Captain Sapp has made a motion to dismiss the complaint. The defendant has advised the court that a delay occurred in serving the plaintiff, who is representing himself, with the motion. As a result, the Court has determined to enlarge to October 19, 2020, the plaintiff's time to serve and file his response to the motion. Any reply shall be served and filed on or before November 2, 2020.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated: New York, New York
       September 30, 2020                      SO ORDERED:

                                                                 _/s/ Kevin Nathaniel Fox_
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE