```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TYRONE MASSEY,                                  :
                                                :
                        Plaintiff,              :          ORDER
                                                :
                -against-                       :          19-CV-11902 (GBD)(KNF)
                                                :
CAPTAIN SAPP, et al.                            :
                                                :
                        Defendants.             :
------------------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

In a letter appearing at Docket Entry No. 64, the plaintiff, who is no longer appearing pro se, requested, inter alia, that the Court provide pro bono counsel to him. Inasmuch as the plaintiff is no longer representing himself and has acquired counsel, he may not communicate with the Court directly; his communications with the Court must only be through his counsel. Therefore, the requests made by the plaintiff through Docket Entry No. 64 are denied.

Dated: New York, New York         SO ORDERED:
       June 3, 2021

                                  _____
                                  KEVIN NATHANIEL FOX
                                  UNITED STATES MAGISTRATE JUDGE