UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRONE MASSEY,

                    Plaintiff,                    19 **CIVIL** 11902 (GBD) (KNF)

       -against-                         **JUDGMENT**

CAPTAIN MARCELA SAPP, CO.O. JESUS
MARMOLEJOS SHIELD #19598, AND CITY
OF NEW YORK,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 29, 2021, Defendants' motion to dismiss Plaintiff's complaint, (ECF No. 45), is granted.

**Dated:**  New York, New York
          September 29, 2021

                                                         **RUBY J. KRAJICK**
                                                                Clerk of Court
                                        BY:
                                                                  Deputy Clerk